**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMINI NERSON, | : | |
|     Petitioner | : | |
| | : | No. 1:23-cv-00608 |
|     v. | : | |
| | : | (Judge Kane) |
| UNITED STATES OF AMERICA, et al., | : | |
|     Respondents | : | |

## ORDER

**AND NOW**, on this 28th day of June, 2023, upon consideration of the petition (Doc. No.

1) for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT**

**IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania